UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSOCEAN OFFSHORE USA INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6328** |
| **DAVID CATRETTE** | **SECTION "K"(4)** |

## ORDER AND REASONS

Before this court is plaintiff's Motion for Partial Summary Judgment (Rec. Doc. No. 8). Considering this Court's previous Order which granted defendant's Motion to Dismiss Complaint or, Alternatively, Motion to Stay Plaintiff's Motion for Partial Summary Judgment (Rec. Doc. No. 10), thereby staying the instant proceeding pending the outcome of defendant's state court proceeding,

**IT IS ORDERED** that plaintiff's Motion for Summary Judgment is hereby **DENIED**. Pending the outcome of the aforementioned state court proceeding plaintiff may, should it choose, move to lift the stay and re-urge the instant motion.

New Orleans, Louisiana, this __19th__ day of April, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE