UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSOCEAN OFFSHORE USA, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6328** |
| **DAVID CATRETTE** | **SECTION "K"(4)** |

### ORDER

Considering the defendant's Unopposed Motion to Stay Proceedings (Rec. Doc. 85), and considering that plaintiff has appealed a ruling of this Court to the United States Court of Appeals for the Fifth Circuit, an appeal that is still pending and that may affect the proceedings before this Court, accordingly,

**IT IS ORDERED** that the Motion to Stay Proceedings (Rec. Doc. 85) is **GRANTED.** Continue the Pretrial Conference and Trial is **GRANTED**. All proceedings in this matter before this Court are hereby **STAYED** until the United States Court of Appeals for the Fifth Circuit issues its decision in Appeal 07-30576. Both parties are ordered to advise the Court promptly upon any disposition of this appeal by the Court of Appeals so that a scheduling conference may be set to select further dates in this matter as necessary.

Because this matter is stayed, the defendant's previous Motion for Extension of Deadlines to Exchange Expert Reports (Rec. Doc. 84) is therefore **DENIED as MOOT.**

New Orleans, Louisiana, this __25th__ day of October, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**