UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TRANSOCEAN OFFSHORE USA INC. | * | NO: 05-6328 |
| --- | --- | --- |
| | * | |
| VERSUS | * | SECTION: K |
| | * | JUDGE STANWOOD DUVAL |
| DAVID CATRETTE | * | MAGISTRATE: 4 |
| | * | JUDGE KAREN WELLS ROBY |

*******************************************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss,

IT IS HEREBY ORDERED that the claims of defendant DAVID CATRETTE against TRANSOCEAN OFFSHORE USA, INC. are hereby dismissed from this litigation, with prejudice, and for each party to bear its own costs.

New Orleans, Louisiana this 7th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE